UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE DONALD J. TRUMP

Misc. No. 25-8 (JEB)

### ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Court ORDERS that:

1. Petitioner's [1] Application Pursuant to LCrR 57.6 is GRANTED IN PART and DENIED IN PART; and

2. The Government shall submit to the Court by August 18, 2025, *ex parte*, under seal, and with proposed redactions:

    a. All opinions, orders, and docket sheets covering disputes over attorney-client privilege relating to the grand-jury investigation of Donald J. Trump that culminated in his indictment in United States v. Trump, 23-257 (D.D.C.); and

    b. The docket sheets recording the dispute over the testimony of Trump's lawyers in the grand-jury investigation that culminated in Trump's indictment in United States v. Trump, 23-80101 (S.D. Fla.), as well as any other responsive opinions and orders consistent with the Memorandum Opinion.

                                                      /s/ James E. Boasberg
                                                      JAMES E. BOASBERG
                                                      Chief Judge

Date: August 11, 2025