IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE DONALD J. TRUMP | ) <br> ) Case No. 1:25-mc-8-JEB (D.D.C.) <br> ) |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
OF DEADLINE TO SUBMIT PROPOSED REDACTIONS**

On August 11, 2025, this Court issued a Memorandum Opinion, ECF No. 6, and an Order, ECF No. 5, directing the government to submit proposed redactions for certain documents to the Court *ex parte* and under seal by August 18, 2025. The government hereby files this unopposed motion to extend the government's deadline by 30 days, to September 17, 2025. The government's counsel from the U.S. Department of Justice, Civil Division, has access to some of the documents at issue but not others, and will need to request certain documents from the Court, which the government intends to do promptly. The government will need to carefully review each document at issue in order to determine the government's position on the appropriate redactions for each document, in light of the legal principles articulated in the Court's Memorandum Opinion. Counsel for the New York Times has informed the government's counsel that Petitioner Charlie Savage, a journalist at the New York Times, agrees to this motion.[1]

For the foregoing reasons, the government respectfully requests that the Court grant this Motion and enter an order extending the government's deadline to submit proposed redactions to the Court, *ex parte* and under seal, to September 17, 2025.

---

[1] Undersigned counsel conferred with David McCraw, in-house counsel for the New York Times. Mr. McCraw confirmed that although Mr. Savage is pursuing this matter *pro se*, Mr. McCraw was authorized to communicate on behalf of Mr. Savage regarding this Motion.

Dated: August 11, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*