# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| IN RE DONALD J. TRUMP | ) ) ) Case No. 1:25-mc-8-JEB (D.D.C.) |

## NOTICE OF FILING OF REDACTED DOCUMENTS

Pursuant to this Court's order, *see* Minute Order (Sept. 25, 2025), the government is hereby publicly filing the materials, with redactions, that it previously submitted to the Court *ex parte* and under seal.

Dated:  September 29, 2025

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*