# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:22-gj-00025-BAH *SEALED*
## Internal Use Only

IN RE GRAND JURY SUBPOENAS ███████████████
████████

Assigned to: Chief Judge Beryl A. Howell
Case in other court: 22-03073
Cause: No cause code entered

Date Filed: 06/10/2022
Date Terminated: 06/14/2022

**In Re**

**IN RE GRAND JURY SUBPOENAS**
██████████████

**Interested Party**

**UNITED STATES OF AMERICA**

represented by **Thomas Windom**
555 Fourth Street NW
Washington, DC 20530
202-252-7846
Email: thomas.windom@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**DONALD J. TRUMP**

represented by **John Patrick Rowley , III**
SECIL LAW PLLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006, Ste 200
District of Columbia, DC 20006
202-642-0679
Email: jrowley@secillaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Evan Corcoran**
SILVERMAN THOMPSON SLUTKIN
WHITE
400 East Pratt Street
Suite 900
Baltimore, MD 21202
410-385-2225
Email: ecorcoran@bhfs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Parlatore**

PARLATORE LAW GROUP LLP
One World Trade Center
Suite 8500
NEW YORK
New York, NY 10007
212-679-6312
Fax: 212-202-4787
Email:
timothy.parlatore@parlatorelawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**KYLE CHENEY**

| Date Filed | # | Docket Text |
|---|---|---|
| ████████ | | ████████████████████████████████████████ |
| ████████ | | ████████████████████████████████ |
| 06/10/2022 | 4 | ORDER granting 2 Motion for Disclosure of Grand Jury Material. Signed by Chief Judge Beryl A. Howell on 6/10/2022. Counsel has been notified electronically.(ztg) (Entered: 06/10/2022) |
| ████████ | | ████████████████████████████ |
| ████████ | | ████████████████████████████████████████ |
| ████████ | | ████████████████████████████████████████ |
| 08/08/2022 | 7 | MOTION to Compel TESTIMONY WITHHELD FROM THE GRAND JURY by UNITED STATE OF AMERICA. (Attachments: # 1 SEALED MEMORANDUM REGARDING MOTION TO COMPEL FILINGS AND MOTION FOR AN ORDER AUTHORIZING LIMITED DISCLOSURE AND IMPOSING PROTECTION, # 2 Text of Proposed Order: ORDER AUTHORIZING LIMITED DISCLOSURE AND IMPOSING PROTECTION, # 3 Text of Proposed Order)(zstd) (Entered: 08/08/2022) |
| 08/08/2022 | 9 | ORDER authorizing limited disclosure, imposing protection and entering briefing schedule. See Order for further details. Signed by Chief Judge Beryl A. Howell on August 8, 2022. Counsel has been notified electronically. (lcbah3) (Entered: 08/08/2022) |
| ████████ | | ███████████████████████████████ |
| 08/08/2022 | 8 | MEMORANDUM in Support by UNITED STATE OF AMERICA re 7 Motion to Compel Testimony Withheld from the Grand Jury. (zhsj) Modified on 9/6/2022 (zhsj). |

| | | |
|---|---|---|
| | | Modified on 9/6/2022 (zhsj). (Entered: 09/06/2022) |
| ███ | | ███████████████████████████████████ |
| ███ | | ███████████████████████████████████ |
| ███ | | ███████████████ |
| ███ | | ██████████████ |
| 09/06/2022 | 12 | Memorandum in opposition to re 7 Motion to Compel, filed by DONALD J. TRUMP. (zhsj) (Entered: 09/06/2022) |
| ███ | | ███████████████ |
| 09/16/2022 | 14 | REPLY to opposition to motion re 7 MOTION to Compel filed by UNITED STATE OF AMERICA. (zstd) (Entered: 09/20/2022) |
| ███ | | ███████████████████ |
| ███ | | ██████████████ |
| ███ | | ███████████████████ |
| ███ | | ███████████████████ |
| ███ | | ███████████████████ |
| ███ | | ██████████████ |
| ███ | | ███████████████ |
| 09/28/2022 | 17 | ORDER GRANTING the government's 7 Motion to Compel Testimony Withheld from the Grand Jury. See Order for further details. Signed by Chief Judge Beryl A. Howell on |

| | | September 28, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 09/28/2022) |
| --- | --- | --- |
| 09/28/2022 | 18 | MEMORANDUM OPINION regarding the government's 7 Motion to Compel Testimony Withheld from the Grand Jury. Signed by Chief Judge Beryl A. Howell on September 28, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 09/28/2022) |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |
| ███████ | | ████████████████████████ |

| | | |
|---|---|---|
| ████ | | ████████████████████████████ |
| ████ | | ████████████████████████████ |
| ████ | | ████████████████████████████ |
| 10/05/2022 | 26 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 17 Order on Motion to Compel by DONALD J. TRUMP. Fee Status: No Fee Paid. Parties have been notified. (zstd) (Entered: 10/05/2022) |
| 10/05/2022 | 27 | MOTION to Stay re 26 Pending Appeal by DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7)(zstd) (Entered: 10/05/2022) |
| 10/05/2022 | | MINUTE ORDER (paperless) DIRECTING the government to file any response to the former president's 27 Motion for Stay Pending Appeal by 8 a.m. on October 6, 2022. Signed by Judge James E. Boasberg on October 5, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 10/05/2022) |
| 10/06/2022 | 28 | Memorandum in opposition to re 27 Motion to Stay Pending Appeal filed by UNITED STATE OF AMERICA. (zstd) (Entered: 10/06/2022) |
| 10/06/2022 | 29 | Transmission of the Notice of Appeal, Order Appealed, and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 26 Notice of Appeal to DC Circuit Court. (zstd) (Entered: 10/06/2022) |
| 10/06/2022 | 30 | ORDER DENYING the former president's 27 Motion to Stay Pending Appeal. For further details, see Order, which disposition was reached after careful and considered review of the parties' arguments and submissions, and the applicable law. A Memorandum Opinion fully explicating the Court's rationale in appropriate detail shall be issued forthwith. Signed by Chief Judge Beryl A. Howell on October 6, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 10/06/2022) |
| 10/06/2022 | | USCA Case Number 22-3073 for 26 Notice of Appeal to DC Circuit Court filed by DONALD J. TRUMP. (zstd) (Entered: 10/06/2022) |
| 10/06/2022 | 31 | MEMORANDUM OPINION regarding the former president's 27 Motion for Stay Pending Appeal. Signed by Chief Judge Beryl A. Howell on October 6, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 10/06/2022) |
| ████ | | ████████████████████████████ |
| ████ | | ████████████████████████████ |
| ████ | | ████████████████████████████ |

