**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| IN RE GRAND JURY SUBPOENAS ███████████ | Case No. 22-gj-25 (BAH)<br><br>Chief Judge Beryl A. Howell<br><br>**UNDER SEAL** |

**ORDER**

On September 28, 2022, this Court granted the United States' motion to compel the grand jury testimony of ███████████████████████████████████████████

██████████████████████████████████████████; ████████████████

██████████████████████████████████, and ordered the witnesses to appear before the grand jury to give testimony previously withheld on the basis of the presidential communications privilege or attorney-client privilege, *see* Order Granting Gov't's Mot. to Compel Testimony Withheld from the Grand Jury, ECF No. 17; Redacted Memorandum Opinion regarding Gov't's Mot. to Compel Testimony Withheld from the Grand Jury, ECF No. 20.  Despite having a full week to consider the Court's decision, former president Donald J. Trump moved at 4:30 p.m. last night, ██████████████████████████████████

██████████████████████████████████, for a stay of the grand jury's ongoing investigation, and thus the witnesses' forthcoming testimony, pending his appeal of the Order to the D.C. Circuit.  ██████████████████████████████████

Upon consideration of the motion and the United States' expedited response ████████████

██████████████████████████████████████and the entire record herein, the Court finds that the former president has not met his burden warranting the extraordinary relief of a stay of the grand jury witnesses' testimonies.

Case 1:22-mc-00068-JEB   Document 14   Filed 09/29/25   Page 2 of 2

2

An accompanying Memorandum Opinion will follow shortly.

Accordingly, it is hereby

**ORDERED** that the former president's Motion to Stay Pending Appeal, ████████, is

**DENIED**.

**SO ORDERED.**

Date:  October 6, 2022

_____
BERYL A. HOWELL
Chief Judge