# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:22-gj-00033-BAH *SEALED*
### Internal Use Only

IN RE GRAND JURY SUBPOENA ▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮
Assigned to: Judge Beryl A. Howell
Case in other court: 23-03002
Cause: No cause code entered

Date Filed: 07/25/2022
Date Terminated: 08/19/2022

**In Re**

**IN RE GRAND JURY SUBPOENA** ▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮

**Interested Party**
**UNITED STATES OF AMERICA**

represented by **Thomas Windom**
555 Fourth Street NW
Washington, DC 20530
202-252-7846
Email: thomas.windom@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**
**DONALD J. TRUMP**

represented by **John Patrick Rowley , III**
SECIL LAW PLLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006, Ste 200
District of Columbia, DC 20006
202-642-0679
Email: jrowley@secillaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Evan Corcoran**
SILVERMAN THOMPSON SLUTKIN WHITE
400 East Pratt Street
Suite 900
Baltimore, MD 21202
410-385-2225
Email: ecorcoran@bhfs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Parlatore**
PARLATORE LAW GROUP LLP

One World Trade Center
Suite 8500
NEW YORK
New York, NY 10007
212-679-6312
Fax: 212-202-4787
Email: timothy.parlatore@parlatorelawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| ■■■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■ |
| 07/25/2022 | 2 | (Ex Parte) MOTION for an Order Authorizing Disclosure of Grand Jury Material by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zhsj) (Entered: 07/25/2022) |
| ■■■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■ |
| 07/26/2022 | 4 | (Ex Parte) AMENDED MOTION for an Order Authorizing Disclosure of Grand Jury Material by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order)(zhsj) Modified title on 7/26/2022 (ztg). (Entered: 07/26/2022) |
| ■■■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■ |
| 07/26/2022 | 5 | ORDER granting 4 Motion for Disclosure of Grand Jury Material. Signed by Chief Judge Beryl A. Howell on July 26, 2022. Counsel has been notified electronically. (lcbah4) (Entered: 07/26/2022) |
| ■■■■■ | ■■ | ■■■■■■■■■■■■■■■■■■■■■ |
| 10/18/2022 | 6 | MOTION to Compel Testimony Withheld from the Grand Jury by UNITED STATES OF AMERICA. (Attachments: # 1 Sealed Memorandum Regarding Motion to Compel Filings and Motion for an Order Authorizing Limited Disclosure and Impsoing Protection, # 2 Authorizing Limited Disclosure and Impsosing Protection, # 3 Text of Proposed Order, # 4 Exhibit H, # 5 Exhibit I, # 6 Exhibit J, # 7 Exhibit K, # 8 Exhibit L, # 9 Exhibit N, # 10 Exhibit O)(zstd) (Entered: 10/19/2022) |
| 10/18/2022 | 7 | MEMORANDUM IN SUPPORT re 6 MOTION to Compel Testimony Withheld from the Grand Jury filed by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R)(zstd) (Attachment 17 replaced on 11/14/2022) (zstd). (Entered: 10/19/2022) |
| 10/20/2022 | 8 | ORDER authorizing limited disclosure, imposing protection, and entering briefing schedule. See Order for further details. Signed by Chief Judge Beryl A. Howell on October 20, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 10/20/2022) |
| 10/21/2022 | 9 | RESPONSE TO ORDER OF THE COURT re 8 Order filed by UNITED STATES OF AMERICA. (zstd) (Entered: 10/21/2022) |

| | | |
|---|---|---|
| 10/21/2022 | | MINUTE ORDER (paperless) ISSUING, upon consideration of the government's 9 Response to Order of the Court, and adopting the schedule agreed upon by the parties, the following SCHEDULING ORDER: (1) by November 3, 2022, any opposition to the motion to compel shall be filed; and (2) by November 10, 2022, the government shall file any reply. The government is DIRECTED to provide, through counsel, a copy of this Order to the witnesses, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, as well as former President Donald J. Trump. Signed by Chief Judge Beryl A. Howell on October 21, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 10/21/2022) |
| 11/03/2022 | 10 | Memorandum in opposition to re 6 Motion to Compel, filed by DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 11/04/2022) |
| 11/10/2022 | 11 | REPLY to opposition to motion re 6 MOTION to Compel filed by UNITED STATES OF AMERICA. (zstd) (Entered: 11/14/2022) |
| 11/19/2022 | 12 | ORDER GRANTING the government's 6 Motion to Compel Testimony Withheld from the Grand Jury. See Order for further details. Signed by Chief Judge Beryl A. Howell on November 19, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 11/19/2022) |
| 11/19/2022 | 13 | MEMORANDUM OPINION regarding the government's 6 Motion to Compel Testimony Withheld from the Grand Jury. Signed by Chief Judge Beryl A. Howell on November 19, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 11/19/2022) |
| 11/21/2022 | 14 | NOTICE OF FILING of Proposed Redactions 13 Memorandum & Opinion by UNITED STATES OF AMERICA (Attachments: # 1 Memorandum Opinion - Trump Redbox, # 2 Memorandum Opinion - Witness Redbox)(zstd) (Entered: 11/22/2022) |
| 11/22/2022 | | MINUTE ORDER (paperless), upon consideration of the government's 14 proposed redactions to protect the confidentiality of information in an ongoing criminal investigation, the 13 Memorandum Opinion will be redacted as proposed by the government in its 14 Notice of Filing of Proposed Redactions and the redacted copies transmitted, by government counsel, to the witnesses and former President Donald J. Trump, through counsel. Signed by Chief Judge Beryl A. Howell on November 22, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 11/22/2022) |
| 11/28/2022 | 15 | MEMORANDUM OPINION (Witness Blackbox). Signed by Chief Judge Beryl A. Howell on 11/19/2022. Counsel have NOT been notified.(zhsj) Modified title on 11/28/2022 (ztg). (Entered: 11/28/2022) |
| 11/28/2022 | 16 | MEMORANDUM OPINION (Trump Blackbox). Signed by Chief Judge Beryl A. Howell on 11/19/2022. Counsel have NOT been notified. (zhsj) Modified title on 11/28/2022 (ztg). (Entered: 11/28/2022) |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮ | ▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 12/07/2022 | 17 | MOTION to Stay Pending Appeal re 12 Order on Motion to Compel by DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 12/08/2022) |
| 12/08/2022 | | MINUTE ORDER (paperless) ISSUING the following SCHEDULING ORDER: (1) by December 13, 2022, at 12 p.m., the government shall file any opposition to the former president's 17 Sealed Motion for Stay Pending Appeal; and (2) by December 15, 2022, at 12 p.m., the former president shall file any reply. Signed by Chief Judge Beryl A. |

| | | |
|---|---|---|
| | | Howell on December 8, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 12/08/2022) |
| 12/13/2022 | 18 | Memorandum in opposition to re 17 Motion for Stay Pending Appeal filed by UNITED STATES OF AMERICA. (zstd) (Entered: 12/13/2022) |
| ▮ | | ▮ |
| 12/18/2022 | 20 | ORDER DENYING the former president's 17 Sealed Motion for Stay Pending Appeal. See Order for further details. Signed by Chief Judge Beryl A. Howell on December 18, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 12/18/2022) |
| 12/18/2022 | 21 | MEMORANDUM OPINION regarding the former president's 17 Sealed Motion for Stay Pending Appeal. Signed by Chief Judge Beryl A. Howell on December 18, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 12/18/2022) |
| ▮ | | ▮ |
| ▮ | | ▮ |
| ▮ | | ▮ |
| ▮ | | ▮ |
| 12/23/2022 | 25 | MOTION for Leave to File Notice of Appeal by DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order, # 2 Notice of Appeal)(zstd) (Entered: 12/23/2022) |
| 12/27/2022 | | MINUTE ORDER (paperless) ISSUING the following SCHEDULING ORDER: (1) by January 10, 2023, the government shall file any response to the former president's 25 Motion for Leave to File Notice of Appeal, and (2) by January 17, 2023, the former president shall file any reply. Signed by Chief Judge Beryl A. Howell on December 27, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 12/27/2022) |
| 12/27/2022 | | Set/Reset Deadlines: government's response to 25 Motion for Leave to File Notice of Appeal dye by 1/10/2023; Reply due by 1/17/2023. (ztg) (Entered: 12/27/2022) |
| ▮ | | ▮ |
| ▮ | | ▮ |

| | | |
|---|---|---|
| ███ | ███ | |
| ███ | ███ | |
| 01/10/2023 | 28 | Memorandum in opposition to re 25 Motion for Leave to File Appeal filed by UNITED STATES OF AMERICA. (zstd) (Entered: 01/10/2023) |
| 01/17/2023 | 29 | REPLY to opposition to motion re 25 MOTION for Leave to File Appeal filed by DONALD J. TRUMP. (zstd) (Entered: 01/18/2023) |
| 01/23/2023 | 30 | MEMORANDUM AND ORDER GRANTING the former president's 25 Sealed Motion for Leave to File Notice of Appeal. See Order for further details. Signed by Chief Judge Beryl A. Howell on January 23, 2023. Counsel has been notified electronically.(lcbah2) (Entered: 01/23/2023) |
| ███ | ███ | |
| ███ | ███ | |
| ███ | ███ | |
| ███ | ███ | |