# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE GRAND JURY SUBPOENAS ███████████████████ | Case No. 22-gj-33 (BAH)<br><br>Chief Judge Beryl A. Howell<br><br>**UNDER SEAL** |

## ORDER

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

█████████████████████████████████████████, withheld testimony from the grand jury, under instruction from former president Donald J. Trump to invoke executive privilege and attorney-client privilege over communications and meetings relevant to the grand jury's investigation. In response, the government filed the pending ████████████

████████████████████████████████████████████████████████

███████████████, seeking an order to compel ███████████████ to give testimony previously withheld on the former president's instruction.

Upon consideration of the government's Motion ████████████████

████████████████████████████████████████████████████████

████████████████████████ and the entire record herein, the Court finds that (1) the testimony withheld by ███████████████ on instruction from the former president are assumed to be presumptively protected by the presidential communications privilege arising from the former president's generalized interest in confidentiality; (2) testimony withheld by ███████████████ on instruction from the former president to invoke attorney-client privilege should not be withheld since this privilege is inapplicable before the grand jury to

communications made or received by either ▮▮▮▮ in their capacities as attorneys in the White House Counsel's Office and within the Executive Branch; (3) the grand jury has a demonstrated, specific need for testimony from ▮▮▮▮ about communications and meetings that overcomes the former president's assertion of the presidential communications privilege, as relied on by the witnesses; and (4) the government has sufficiently demonstrated that evidence of these communications is important and relevant to the grand jury's investigation and that the evidence is not available with due diligence elsewhere. Accordingly, it is hereby—

**ORDERED** that the government's Sealed Motion to Compel Testimony Withheld from the Grand Jury, ▮▮▮▮ is **GRANTED**; it is further

**ORDERED** that ▮▮▮▮ are to appear before the Grand Jury of the United States District Court for the District of Columbia and give testimony, which they have previously withheld on the basis of the presidential communications privilege or attorney-client privilege, relating, but not limited, to any communications and meetings regarding the ▮▮ topics, and any similar such communications or meetings:

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮

I. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇

▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇▇ it is further

**ORDERED** that the government submit to the Court, by ▮▮▮▮▮▮▮▮▮ at 12 p.m., any proposed redactions to the accompanying Memorandum Opinion that are necessary before disclosure of the Opinion to the witnesses, their counsel, the former president, and his counsel.

**SO ORDERED.**

Date: November 19, 2022

_____
BERYL A. HOWELL
Chief Judge

4