APPEAL,CLOSED,SC2,Sealed Case

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:22-gj-00039-JEB *SEALED*
# Internal Use Only

GRAND JURY SUBPOENAS [REDACTED]
[REDACTED]
Assigned to: Chief Judge James E. Boasberg
Case in other court: 23-03003
Cause: No cause code entered

Date Filed: 09/01/2022
Date Terminated: 07/28/2025

**In Re**

**GRAND JURY SUBPOENAS**
[REDACTED]

**Interested Party**

**DONALD J. TRUMP**

represented by **John Patrick Rowley , III**
SECIL LAW PLLC
1701 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006, Ste 200
District of Columbia, DC 20006
202-642-0679
Email: jrowley@secillaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

**UNITED STATES OF AMERICA**

represented by **Thomas Windom**
555 Fourth Street NW
Washington, DC 20530
202-252-7846
Email: thomas.windom@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| [REDACTED] | | [REDACTED] |
| 09/01/2022 | 2 | MOTION to Compel Witness [REDACTED] To Invoke Privilege Before The Grand Jury, As Instructed by the Privilege Holder by DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(zstd) (Additional attachment(s) added on 9/2/2022: # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (zstd). (Entered: 09/02/2022) |
| [REDACTED] | | [REDACTED] |

| | | |
|---|---|---|
| [redacted] | | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| 09/02/2022 | | MINUTE ORDER (paperless) GRANTING Donald Trump's 1 Motion for Leave to File Under Seal and DENYING without prejudice as moot, in light of the government's representation in its 3 Memorandum that [redacted] testimony has been postponed until resolution of similar claims in another pending matter and Trump's 5 Reply conceding the motion as moot, Trump's 2 Motion to Compel Witness [redacted] to Invoke Privilege. Signed by Chief Judge Beryl A. Howell on September 2, 2022. Counsel has been notified electronically. (lcbah3) (Entered: 09/02/2022) |
| [redacted] | | [redacted] |
| 11/14/2022 | 6 | MOTION to Compel Grand Jury Testimony by UNITED STATES OF AMERICA. (Attachments: # 1 Exhibit I, # 2 Exhibit J, # 3 Exhibit K, # 4 Exhibit L, # 5 Exhibit N, # 6 Redacted Motion to Compel with Exhibits, # 7 Sealed Memorandum Regarding Motion to Compel Filings and Motion for an Order Authorizing Limited Disclosure and Imposing Protection, # 8 Order Authorizing Limited Disclosure and Imposing Protection, # 9 Text of Proposed Order)(zstd) (Entered: 11/15/2022) |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| 11/15/2022 | 9 | ORDER authorizing limited disclosure, imposing protection, and entering briefing schedule. See Order for further details. Signed by Chief Judge Beryl A. Howell on November 15, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 11/15/2022) |
| 11/16/2022 | 10 | RESPONSE TO ORDER OF THE COURT re 9 Briefing Schedule filed by UNITED STATES OF AMERICA. (zstd) (Entered: 11/16/2022) |
| 11/16/2022 | | MINUTE ORDER (paperless) ISSUING, upon consideration of the government's 10 Response to Court Order Regarding Briefing Schedule, and adopting the schedule agreed upon by the parties, the following SCHEDULING ORDER: (1) by November |

| | | |
|---|---|---|
| | | 29, 2022, any opposition to the motion to compel shall be filed; and (2) by December 6, 2022, the government shall file any reply. The government is DIRECTED to provide, through counsel, a copy of this Order to the witness, [redacted], as well as former President Donald J. Trump. Signed by Chief Judge Beryl A. Howell on November 16, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 11/16/2022) |
| 11/16/2022 | | Set/Reset Deadlines: Opposition to the motion to compel due by 11/29/2022; government's reply, if any, due by 12/6/2022. (ztg) (Entered: 11/16/2022) |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| 11/30/2022 | 12 | Memorandum in opposition to re 6 Motion to Compel Grand Jury Testimony filed by DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 11/30/2022) |
| 12/05/2022 | 13 | REPLY to opposition to motion re 6 MOTION to Compel filed by UNITED STATES OF AMERICA. (zstd) (Entered: 12/06/2022) |
| 12/09/2022 | 14 | ORDER GRANTING the government's 6 Sealed Motion to Compel Grand Jury Testimony. See Order for further details. Signed by Chief Judge Beryl A. Howell on December 9, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 12/09/2022) |
| 12/09/2022 | 15 | MEMORANDUM OPINION regarding the government's 6 Sealed Motion to Compel Grand Jury Testimony. Signed by Chief Judge Beryl A. Howell on December 9, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 12/09/2022) |
| 12/12/2022 | 16 | (Ex Parte) NOTICE OF FILING OF PROPOSED REDACTIONS by UNITED STATES OF AMERICA (Attachments: # 1 ECF 15 - Memorandum Opinion - Trump Redbox, # 2 ECF 15 - Memorandum Opinion - Witness Redbox)(zstd) (Entered: 12/12/2022) |
| 12/12/2022 | | MINUTE ORDER (paperless), upon consideration of the government's 16 proposed redactions to protect the confidentiality of information in an ongoing criminal investigation, the 15 Memorandum Opinion will be redacted by the government as proposed in its 16 Notice of Filing of Proposed Redactions and the redacted copies transmitted, by government counsel, to the witness and former President Donald J. Trump, through counsel. It is further ORDERED that the government submit the final, redacted versions to the Court for docketing. Signed by Chief Judge Beryl A. Howell on December 12, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 12/12/2022) |
| 12/12/2022 | 17 | REDACTED DOCUMENT- Memorandum Opinion- Trump Blackbox re 15 Memorandum & Opinion by UNITED STATES OF AMERICA. (zstd) (Entered: 12/13/2022) |
| 12/12/2022 | 18 | REDACTED DOCUMENT- Memorandum Opinion- Witness Blackbox re 15 Memorandum & Opinion by UNITED STATES OF AMERICA. (zstd) (Entered: 12/13/2022) |
| 12/23/2022 | 19 | MOTION for Stay Pending Appeal re 14 Order on Motion to Compel by DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 12/29/2022) |

| | | |
|---|---|---|
| 12/23/2022 | 20 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 14 Order on Motion to Compel by DONALD J. TRUMP. Fee Status: No Fee Paid. Parties have been notified. (zstd) (Entered: 12/29/2022) |
| 12/29/2022 | 21 | Transmission of the Notice of Appeal, Order Appealed (Memorandum Opinion), and Docket Sheet to US Court of Appeals. The fee remains to be paid and another notice will be transmitted when the fee has been paid in the District Court or motion to proceed In Forma Pauperis has been decided re 20 Notice of Appeal to DC Circuit Court. (zstd) (Entered: 12/29/2022) |
| 12/29/2022 | | MINUTE ORDER (paperless) ISSUING the following SCHEDULING ORDER: (1) by January 3, 2023, at 2 p.m., the government shall file any opposition to the former president's 19 Sealed Motion for Stay Pending Appeal; and (2) by January 9, 2023, at 2 p.m., the former president shall file any reply. Signed by Chief Judge Beryl A. Howell on December 29, 2022. Counsel has been notified electronically.(lcbah2) (Entered: 12/29/2022) |
| 12/29/2022 | | Set/Reset Deadlines: Government's opposition to 19 Sealed Motion for Stay Pending Appeal due by 2:00 PM on 1/3/2023; reply due by 2:00 PM on 1/9/2023. (ztg) (Entered: 12/29/2022) |
| [redacted] | | [redacted] |
| 01/02/2023 | 22 | Memorandum in opposition to re 19 Motion for Stay Pending Appeal filed by UNITED STATES OF AMERICA. (zstd) (Entered: 01/03/2023) |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |
| 01/09/2023 | 24 | REPLY to opposition to motion re 19 MOTION for Stay Pending Appeal filed by DONALD J. TRUMP. (zstd) (Entered: 01/09/2023) |
| 01/10/2023 | 25 | ORDER DENYING the former president's 19 Motion for Stay Pending Appeal. See Order for further details. Signed by Chief Judge Beryl A. Howell on January 10, 2023. Counsel has been notified electronically.(lcbah2) (Entered: 01/10/2023) |
| 01/10/2023 | 26 | MEMORANDUM OPINION regarding the former president's 19 Motion for Stay Pending Appeal. Signed by Chief Judge Beryl A. Howell on January 10, 2023. Counsel has been notified electronically.(lcbah2) (Entered: 01/10/2023) |
| [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] |

8/12/25, 12:07 PM
Case 1:25-mc-00008-JEB   Document 11-12   Filed 09/29/25   Page 5 of 5
District of Columbia live database

[Table content fully redacted]