UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE GRAND JURY SUBPOENA

Case No. 22-gj-39 (BAH)

Chief Judge Beryl A. Howell

**UNDER SEAL**

**ORDER**

On December 9, 2022, this Court granted the United States' motion to compel the grand jury testimony of ███████████████████████████████████████████████████████████████████████████, and ordered the witness to appear before the grand jury to give testimony previously withheld on the basis of the presidential communications privilege or attorney-client privilege, *see* Order Granting Gov't's Mot. Compel Grand Jury Testimony, ECF No. 14; Memorandum Opinion regarding Gov't's Mot. Compel Grand Jury Testimony, ECF No. 15. The former president moves for a stay of the grand jury's ongoing investigation, and thus the witness's testimony, pending his appeal of the Order to the D.C. Circuit. ███████████████████████████

Upon consideration of the motion, the United States' response, and the entire record herein, the Court finds that the former president has not met his burden warranting the extraordinary relief of a stay of the grand jury witness's testimony. Accordingly, it is hereby—

**ORDERED** that the former president's Sealed Motion for Stay Pending Appeal, ███ ███ is **DENIED**; and it is further

**ORDERED** that the government submit to the Court, by ███████, at 4 p.m., any proposed redactions to the accompanying Memorandum Opinion that are necessary before disclosure of the Opinion to the witness, his counsel, the former president, and his counsel.

**SO ORDERED.**

Date: January 10, 2023

BERYL A. HOWELL
Chief Judge