CLOSED,SC2,Sealed Case

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:23-gj-00010-JEB *SEALED*
### Internal Use Only

GRAND JURY SUBPOENA GJ42-17 and GJ42-69
Assigned to: Chief Judge James E. Boasberg
Case in other court: 23-03035
                     23-03036
Cause: Civil Miscellaneous Case

Date Filed: 02/07/2023
Date Terminated: 07/28/2025

**In Re**

**GRAND JURY SUBPOENA GJ42-17 and GJ42-69**

**Interested Party**

**UNITED STATES OF AMERICA**     represented by    **Brett Clarence Reynolds**
U.S. DEPARTMENT OF JUSTICE
Counterintelligence and Export Control Section
950 Pennsylvania Avenue NW
Washington, DC 20530
202-233-2113
Email: brett.reynolds@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Cecil Woods VanDevender**
DOJ-USAO
Special Counsel's Office
Department of Justice
950 Pennsylvania Avenue NW, Room B-206
Washington, DC 20530
202-305-4605
Email: cwv@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Pearce**
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION APPELLATE SECTION
Department of Justice, Criminal Division
950 Pennsylvania Ave NW
Suite 1250
Washington, DC 20530
(202) 532-4991
Fax: (202) 305-2121
Email:

jpearce@washingtonlitigationgroup.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jay I. Bratt**
U.S. ATTORNEY'S OFFICE
Judiciary Center Building
555 Fourth Street, NW
11th Floor
Washington, DC 20530
(202) 252-7789
Email: jay.bratt2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John M. Pellettieri**
Special Counsel's Office
950 Pennsylvania Avenue NW
Rm. B-206
Washington, DC 20530
202-714-3913
Email: jpellettieri@bredhoff.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Julie Edelstein**
Wiggin and Dana LLP
600 Massachusetts NW
Suite 375
Washington, DC 20001
202-800-2481
Email: jedelstein@wiggin.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Interested Party**

████████████████    represented by   **Elizabeth Lauren Martin**
████████████████
202-258-9668
Email: emartin@eellaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Michael Nathaniel Levy**
ELLERMAN ENZINNA LEVY PLLC
1050 30th Street, NW
Washington, DC 20007
202-753-5553
Email: mlevy@eellaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

|  |  |  |
|---|---|---|
|  |  | Paul F. Enzinna<br>ELLERMAN ENZINNA LEVY PLLC<br>1050 30th Street, NW<br>Washington, DC 20007<br>202-753-5553<br>Fax: 202-465-8104<br>Email: penzinna@eellaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Whitney Ellerman<br>WHITNEY ELLERMAN<br><br>202-753-5553<br>Email: wellerman@eellaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| **Interested Party**<br>**DONALD J. TRUMP** | represented by | James M. Trusty<br>IFRAH, PLLC<br>1717 Pennsylvania Avenue, NW<br>Suite 650<br>Washington, DC 20006<br>(202) 524-4176<br>Fax: (202) 524-4141<br>Email: jtrusty@ifrahlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Lindsey Halligan<br>511 SE 5th Avenue<br>Suite 1008<br>Fort Lauderdale, FL 33301<br>720-435-2870<br>Email: Lindsey@lindseyhalligan.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
|  |  | Todd Blanche<br>BLANCHE LAW<br>99 Wall Street<br>New York, NY 10005<br>(212) 716-1250<br>Email: toddblanche@blanchelaw.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| **Interested Party**<br>**WALTINE NAUTA** | represented by | Stanley Edmund Woodward , Jr.<br>BRAND WOODWARD LAW, LP |

400 Fifth Street, Northwest  
Washington, DC 20001  
202-996-7447  
Fax: 202-996-0113  
Email: stanley@brandwoodwardlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/07/2023 | 1 | MOTION to Compel by UNITED STATES OF AMERICA. (Attachments: # 1 Cover Memo Regarding Motion to Compel Filings, # 2 Proposed Protective Order Over Sealed Materials, # 3 Text of Proposed Order on Motion to Compel)(zstd) (Entered: 02/07/2023) |
| 02/07/2023 | 2 | (Ex Parte) MEMORANDUM in Support re 1 MOTION to Compel filed by UNITED STATES OF AMERICA. (zstd) (Entered: 02/07/2023) |
| 02/07/2023 | 3 | ORDER authorizing limited disclosure, imposing protection, and entering briefing schedule. See Order for further details. Signed by Chief Judge Beryl A. Howell on February 7, 2023. Counsel has been notified electronically. (lcbah3) (Entered: 02/07/2023) |
| 02/13/2023 |   | Set/Reset Deadlines: Response to motion to compel due by 2/21/2023; reply due by 2/28/2023. (ztg) (Entered: 02/13/2023) |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| 02/21/2023 | 5 | RESPONSE re 1 MOTION to Compel filed by ■■■■■■■■■■. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(zstd) (Entered: 02/22/2023) |
| 02/21/2023 | 6 | Memorandum in opposition to re 1 Motion to Compel filed by DONALD J. TRUMP. (zstd) (Entered: 02/22/2023) |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| 02/26/2023 | 7 | REPLY to opposition to motion re 1 MOTION to Compel filed by UNITED STATES OF AMERICA. (Attachments: # 1 Text of Proposed Order on Motion to Compel, # 2 Text of Proposed Order for in Camera Review)(zstd) (Entered: 02/27/2023) |
| ■■■■ | ■■■ | ■■■■■■■■■■■■■■■■■■■■■■■■■■ |
| 03/04/2023 |   | MINUTE ORDER (paperless), upon consideration of the papers submitted in this matter, DIRECTING the submission, by Monday, March 6, 2023 at 4PM, as to the following:<br><br>(1) By ■■■■■■■■, clarification of the matters set out in (a)-(c), below: |

a. Upon consideration of ▮▮▮▮▮ position that his opinion work product is not pierced by the application of the crime-fraud exception, identify which documents in the [5-1] privilege log contained in Exhibit A to his 5 Opposition have been withheld, in whole or in part, on the basis of opinion, rather than fact, work product;

b. As to the documents that ▮▮▮▮▮ claims are protected opinion work product, clarify whether the documents contain severable fact and work product such that the documents could be submitted *in camera* to the Court pursuant to a finding that the standard articulated in *United States v. Zolin*, 491 U.S. 554, 568-575 (1989), is satisfied, with any claimed opinion work product redacted;

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

(2) By the government, clarification of the matters set out in (a)-(c), below:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

b. Whether the government concedes, or for purposes of the pending motion agrees to assume, that the opinion work product protection held by an attorney is not pierced by application of the crime-fraud exception when a prima facie showing of an ongoing or imminent criminal violation has been made only as to the client and not the attorney; and

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Signed by Chief Judge Beryl A. Howell on March 4, 2023. Counsel has been notified electronically. (lcbah3) (Entered: 03/04/2023)

| Date | No. | Description |
|---|---|---|
| 03/06/2023 | 8 | RESPONSE TO ORDER OF THE COURT re Minute Order of 3/4/2023 filed by ▮▮▮▮▮. (Attachments: # 1 Exhibit 1)(zstd) (Entered: 03/06/2023) |
| 03/06/2023 | 9 | RESPONSE TO ORDER OF THE COURT re Minute Order of 3/4/2023 filed by UNITED STATES OF AMERICA. (zstd) (Entered: 03/06/2023) |
| 03/06/2023 | 10 | Exparte SUPPLEMENT to re 9 Response to Order of the Court filed by UNITED STATES OF AMERICA. (Attachments: # 1 #1- Grand Jury Subpoena Issued to ▮▮▮▮▮, # 2 #2- Privilege log received from ▮▮▮▮▮ on January 11, 2023)(zstd) (Entered: 03/06/2023) |
| ▮▮▮▮▮ | | ▮▮▮▮▮ |
| 03/09/2023 | | Minute Entry for proceedings held before Chief Judge Beryl A. Howell: Motion Hearing held on 3/9/2023 re 1 MOTION to Compel filed by UNITED STATES OF AMERICA. (Court Reporter Elizabeth Saint-Loth.) (ztg) (Entered: 03/09/2023) |

| | | |
|---|---|---|
| 03/09/2023 | | MINUTE ORDER (paperless) DIRECTING that, by 4PM on Friday, March 10, 2023, supplemental filings be made:<br>(1) By the government, setting out the elements of the criminal violations it alleges in its 1 Motion to Compel, and the prima facie showing of evidence as to each of those elements;<br>(2) By counsel for former President Donald J. Trump, (a) explaining the legal basis for ▮▮▮▮▮ invocation of the attorney-client privilege in response to questions seeking ▮▮▮▮▮ *see Matter of Feldberg*, 862 F.2d 622, 626-28 (7th Cir. 1988) (excluding "questions about the mechanics (who, how, when, where) of the search" from the attorney-client privilege's protection), such as ▮▮▮▮▮<br>(3) By counsel for ▮▮▮▮▮, in light of the Court's oral finding at the March 9, 2023 hearing that the preliminary standard articulated in *United States v. Zolin*, 491 U.S. 554, 568-72 (1989), has been satisfied, of the withheld documents ▮▮▮▮▮ Signed by Chief Judge Beryl A. Howell on March 9, 2023. Counsel have NOT been notified. (lcbah3) (Entered: 03/09/2023) |
| ▮▮▮ | | ▮▮▮▮▮ |
| 03/10/2023 | 11 | Exparte SUPPLEMENTAL MEMORANDUM in further Support re 1 MOTION to Compel filed by UNITED STATES OF AMERICA. (zstd) (Entered: 03/10/2023) |
| 03/10/2023 | 12 | SUPPLEMENTAL Opposition to re 1 MOTION to Compel filed by DONALD J. TRUMP. (Attachments: # 1 Exhibit A- GJ Transcript)(zstd) (Entered: 03/10/2023) |
| ▮▮▮ | | ▮▮▮▮▮ |
| 03/10/2023 | 14 | Exparte SUPPLEMENTAL Filing re Minute Order of 3/9/2023 filed by ▮▮▮▮▮. (zstd) (Additional attachment(s) added on 3/13/2023: # 1 Exhibit A) (zstd). (Entered: 03/10/2023) |
| 03/11/2023 | | MINUTE ORDER (paperless) DIRECTING ▮▮▮▮▮, ▮▮▮▮▮ ▮▮▮▮▮ to submit, by Sunday, March 12, 2023 at 5PM, an updated version of his January 11, 2023 privilege log that (1) includes a column identifying each document by its as-submitted file name in order to clarify which claims are being made as to which document, and (2) updates ▮▮▮▮▮ privilege assertions made in the January 11, 2023 privilege log to reflect his revisions made in the intervening time, as reflected by the revisions that ▮ ▮▮▮ memorialized in his [8-1] "Second Revised Privilege Log," such as his withdrawal of certain claims of work-product protection, which only covered a portion of the documents ultimately submitted to the Court. Signed by Chief Judge Beryl A. Howell on March 11, 2023. Counsel has been notified electronically. (lcbah3) (Entered: 03/11/2023) |
| ▮▮▮ | | ▮▮▮▮▮ |
| 03/12/2023 | 16 | Exparte SUPPLEMENTAL Filing re Minute Order of 3/11/2023 filed by ▮▮▮▮▮. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(zstd) (Entered: 03/13/2023) |

| | | |
|---|---|---|
| 03/17/2023 | 17 | ORDER GRANTING IN PART AND DENYING IN PART the government's 1 Motion to Compel. Signed by Chief Judge Beryl A. Howell on March 17, 2023. Counsel have NOT been notified. (lcbah3) (Entered: 03/17/2023) |
| 03/17/2023 | 18 | *EX PARTE* ORDER, to the government and ▓▓▓ only, regarding the government's 1 Motion to Compel. Signed by Chief Judge Beryl A. Howell on March 17, 2023. Counsel have NOT been notified. (lcbah3) (Entered: 03/17/2023) |
| 03/17/2023 | 19 | *EX PARTE* MEMORANDUM AND OPINION, to the government only, regarding the government's 1 Motion to Compel. Signed by Chief Judge Beryl A. Howell on March 17, 2023. Counsel have NOT been notified. (lcbah3) (Entered: 03/17/2023) |
| 03/18/2023 | 20 | MOTION for Stay Pending Appeal or, in Alternative to Modify the Court's Orders of March 17th 2023 re 18 Order 17 Order on Motion to Compel by ▓▓▓. (zstd) (Entered: 03/18/2023) |
| ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | | ▓▓▓ |
| ▓▓▓ | | ▓▓▓ |
| 03/19/2023 | 26 | MOTION for Stay Pending Appeal re 17 Order on Motion to Compel by DONALD J. TRUMP. (Attachments: # 1 Text of Proposed Order)(zstd) (Entered: 03/20/2023) |
| 03/20/2023 | | Minute Entry for proceedings held before Chief Judge James E. Boasberg: Motion Hearing held on 3/20/2023 re 26 MOTION to Stay re 17 Order on Motion to Compel filed by DONALD J. TRUMP, 20 MOTION to Stay re 18 Order, 17 Order on Motion to Compel MOTION to Modify filed by ▓▓▓. (Court Reporter Tammy Nestor) (znbn) (Entered: 03/20/2023) |
| 03/20/2023 | | MINUTE ORDER: For the reasons stated at today's hearing, the Court ORDERS that: 1) ▓▓▓ 20 Motion to Stay is DENIED; 2) Trump's 26 Motion to Stay is DENIED; and 3) ▓▓▓ shall have until noon on March 22, 2023, to produce to the Government the documents that J. Howell ordered produced by noon today. See ECF No. 17 at 3. So ORDERED, by Chief Judge James E. Boasberg on 3/20/2023. Counsel has been notified electronically.(znbn) (Entered: 03/20/2023) |
| ▓▓▓ | | ▓▓▓ |

| | | |
|---|---|---|
| | | █████████████████████████ |
| 03/20/2023 | 27 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 18 Order, 17 Order on Motion to Compel by ███████████. Fee Status: No Fee Paid. Parties have been notified. (zstd) (Entered: 03/21/2023) |
| ███████ | | ████████████████████████████████████████ |
| 03/21/2023 | 29 | NOTICE OF APPEAL TO DC CIRCUIT COURT as to 17 Order on Motion to Compel by DONALD J. TRUMP. Fee Status: No Fee Paid. Parties have been notified. (zstd) (Entered: 03/21/2023) |
| ███████ | | ████████████████████████████████████████ |
| 03/21/2023 | | USCA Case Number 23-3035 for 27 Notice of Appeal to DC Circuit Court filed by ███████████. (zstd) (Entered: 03/21/2023) |
| 03/21/2023 | | USCA Case Number 23-3036 for 29 Notice of Appeal to DC Circuit Court filed by DONALD J. TRUMP. (zstd) (Entered: 03/21/2023) |
| ███████ | | ████████████████████████████████████████ |
| ███████ | | ████████████████████████████████████████ |
| ███████ | | ████████████████████████████████████████ |
| ███████ | | ████████████████████████████████████████ |
| ███████ | | ████████████████████████████████████████ |
| ███████ | | ████████████████████████████████████████ |
| 03/31/2023 | 35 | REDACTED TRANSCRIPT OF PROCEEDINGS before Chief Judge Beryl A. Howell held on 3/9/2023; Page Numbers: 1-33. Court Reporter/Transcriber Elizabeth Saint-Loth, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Otherdac transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to |

| | | |
|---|---|---|
| | | the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>(zhsj) (Entered: 04/05/2023) |
| 03/31/2023 | [36](#) | REDACTED TRANSCRIPT re: Transcript [35](#) before Judge Beryl A. Howell of proceedings held on 3/9/2023, Page Numbers: 1-110. Court Reporter/Transcriber Elizabeth Saint-Loth. Transcripts may be ordered by submitting the [Transcript Order Form](#) Other transcript formats are also available (multi-page, condensed, CD or ASCII) (zhsj) (Entered: 04/05/2023) |
| 05/01/2023 | [37](#) | MANDATE of USCA as to [27](#) Notice of Appeal to DC Circuit Court filed by ■■■■ ■■■■. In accordance with the Order of 5/1/2023, upon consideration of the sealed unopposed motion for voluntary dismissal of No. 23-3035, it is Ordered that the motion be granted and No. 23-3035 be dismissed. It is Further Ordered that the consolidation of No. 23-3035 with No. 23-3036 be terminated. USCA Case Number 23-3035. (Attachments: # [1](#) USCA Order of 5/1/2023)(zstd) (Entered: 05/01/2023) |
| ■■■ | | ■■■■■■■■■■■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■■■■■■■■■■■ |
| 06/09/2023 | [44](#) | TRANSCRIPT OF PROCEEDINGS before Chief Judge James E. Boasberg held on 3/20/2023; Page Numbers: 1-38. Date of Issuance:3/21/2023. Court Reporter/Transcriber Tammy Nestor, Transcripts may be ordered by submitting the [Transcript Order Form](#)<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 |

| | | | days, the transcript may be accessed via PACER. Other transcript formats, (multi-page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty-one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>(zhsj) (Entered: 06/12/2023) |
|---|---|---|---|
| ■■■ | | ■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■ |
| 10/04/2023 | [45](#) | MANDATE of USCA as to [29](#) Notice of Appeal to DC Circuit Court filed by DONALD J. TRUMP. In accordance with the Order filed on October 4, 2023. Upon consideration of the sealed unopposed motion for voluntary dismissal, it is Ordered that the motion be granted and this case be dismissed. USCA Case Number 23-3036. (Attachments: # [1](#) USCA Order of 10/4/2023)(zstd) (Entered: 10/04/2023) |
| ■■■ | | ■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■ |
| ■■■ | | ■■■■■■■■■■■■■■ |

