* <u>THIS PAGE LEFT INTENTIONALLY BLANK</u> *


<u>SEALED MATTER ENCLOSED</u>


<u>AUTHORIZED PERSONS ONLY</u>

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE: GRAND JURY SUBPOENA          Case No. 23-GJ-10
GJ 42-17 AND GJ 42-69

UNITED STATES OF AMERICA,           March 20, 2023

       Interested Party,          Washington, D.C.

███████████,

       Interested Party,

DONALD J. TRUMP,

       Interested Party.

------------------------------------------------------------

SEALED HEARING
BEFORE THE HONORABLE JAMES E. BOASBERG
UNITED STATES DISTRICT COURT CHIEF JUDGE

APPEARANCES:

FOR THE UNITED STATES:          John Pellettieri, Esquire
                                Julie Ann Edelstein, Esquire
                                Special Counsel's Office
                                950 Pennsylvania Avenue Northwest
                                Room B-206
                                Washington, D.C.20530

                                Cecil Woods VanDevender, Esquire
                                United States Attorney's Office
                                719 Church Street
                                Suite 3300
                                Nashville, Tennessee 37203

FOR ████████████:               Michael Nathaniel Levy, Esquire
                                Paul F. Enzinna, Esquire
                                Ellerman, Enzinna, Levy, PLLC
                                1050 30th Street Northwest
                                Washington, D.C. 20007

                                Elizabeth Lauren Martin, Esquire
                                Ellerman, Enzinna, Levy, PLLC
                                ███████████████████████████

APPEARANCES (Cont.):

FOR DONALD J. TRUMP:          James M. Trusty, Esquire
                              IFRAH, PLLC
                              1717 Pennsylvania Avenue Northwest
                              Suite 650
                              Washington, D.C. 20006


REPORTED BY:                  Tammy Nestor, RMR, CRR
                              Official Court Reporter



1    The following proceedings began at 9:31 a.m.:

2          THE COURT:  Good morning, everybody.  Nice to see you.

3          THE COURTROOM DEPUTY:  Good morning, Judge.  Good

4    morning.  We are on the record in sealed matter 23-GJ-10, Grand

5    Jury Subpoena, GJ-42 through 17, and GJ-42 through 69;

6    Interested party, United States of America, ████████████, and

7    Donald Trump.



















































1　████████████████

2　　　████████████████████████

3　████████████████████████████████████

4　████████████████████████████████████

5　███████████████████████████████████ ████

6　████████████████████████████████

7　　　　THE COURT:  All right.  Thank you very much.

8　　　　I am going to deny the request for a stay, but I will

9　give ███████████ 48 hours, in fact, until noon on Wednesday to

10　comply with Judge Howell's order, which gives you time,

11　Mr. Levy, and you, Mr. Trusty, to seek Court of Appeals

12　assistance and administrative stay in the Court of Appeals.

13　　　　Again, I am not giving you 5 hours or 3 hours or even

14　24 hours.  I am giving you 48 hours, which I think is enough

15　time to get to the Court of Appeals and seek an administrative

16　stay.  And you may well get that, and it may well go -- you may

17　well get an appeal.

18　　　　My reasons are as follows.  And you both make good

19　arguments, Mr. Levy and Mr. Trusty.  And I think if it does go

20　on appeal, I will be very interested to see what the Court of

21　Appeals says, Mr. Levy, on some of these nuanced and difficult

22　issues that you raised.

23　　　　But the four stay factors everybody knows.  They are

24　set forth in the briefs.  As to the first, the likelihood of

25　prevailing on appeal, and again, it doesn't have to be likely

```
 1    or probable, but in my reading, my careful reading, of Judge
 2    Howell's lengthy opinion, which also the government argues is
 3    reviewed on an abuse of discretion standard -- and I'm not sure
 4    that's right, but it may be.  But I find her opinion to be
 5    strong and convincing and clear, and I don't believe that the
 6    defense has sufficiently -- it's somewhat difficult to show
 7    that she's wrong without more time to digest and look at her
 8    opinion.  But my review of the opinion, it seems to me a strong
 9    opinion and one that is not likely to be overturned on appeal.
10         As to irreparable harm, again, this is interesting.
11    I'm not sure I would go so far as the government does in saying
12    that Mohawk would say you could never have irreparable harm in
13    this situation, because there's always a post-judgment remedy.
14    I'm not prepared to go that far.  But I do think here that
15    where it is likely that the Court of Appeals would rule before
16    any trial occurred and the Court of Appeals could bar the use
17    of ████████████ testimony or the documents that he has to
18    produce under this order and the fact that this is secret in a
19    grand jury and is not going to be publicly available, that his
20    fact work product is not the disclosure of that at this stage
21    which again can be clawed back from the government ultimately
22    is not irreparable.
23         I think that Mr. Levy makes an interesting argument
24    that it's all opinion work product and Judge Howell's
25    distinction between fact and opinion isn't tenable.  But at
```

1    this point, I don't think that that's correct.  I think that

2    lots of opinion has been redacted, and she's done that

3    carefully.

4            And even if I didn't agree with every single sentence

5    in the red box about where it went, I think that this

6    distinction is sufficient, that it is not irreparable to

7    ████████████  that he has to testify and that these documents be

8    disclosed given the likelihood that, if Judge Howell was wrong,

9    that he wouldn't have to testify at trial and the documents

10   would be taken back, and this is secret so he's not -- his work

11   product is not disseminated into the public domain.

12           Finally, the last two factors merge, as everyone

13   agrees, which is harm to others and the government and also the

14   public interest.  Here this tips strongly in favor of the

15   denial of the stay given that the case is of great importance.

16   There is a premium on moving this case through with expedition.

17   There have been lengthy delays already, which I place at the

18   feet of the former President, not the government.  And the fact

19   that there is a special counsel and a desire in the great

20   public interest to move this case along quickly, that favors

21   not staying the matter.

22           So I will, as I said, deny the stay.  But I will order

23   that ████████████  need not comply with Judge Howell's order in

24   terms of testifying or producing documents until Wednesday,

25   May 22 at noon.

```
1              Any questions or clarifications that anybody wishes,
2    Mr. Pellettieri?
3              MR. PELLETTIERI:  Yes, Your Honor.  We would just like
4    a clarification.  Does this also include the former President's
5    motion for a stay as well?
6              THE COURT:  Thank you.  Yes.  I'm sorry.  I did not
7    make that clear as I should have.  For the same reasons that I
8    deny ██████████ motion for a stay, I deny former President
9    Trump's motion.
10   ████████████  ████████████
11   ██████████████████  ████████████████
12   █████████████████████████████████████████
13   ███████████████████████████████████
14   ███████████████████████████████  █████████
15   ██████████████████████████████████████████
16   █████████████████████████████████████████
17   ████████████████████████████████████████████
18   ██████████
19   ███████████  ██████████████████████████
20   ███████████  ██████  ██████████████████
21   ███████████  ██████  ██████████████████
22   ██████████████████
23   ██████████  ██████
24   ██████████  ████████
25   ████████████████████
```









1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18     (The hearing concluded at 10:22 a.m.)
19                    - - -
20
21
22
23
24
25

1

2                         C E R T I F I C A T E

3

4             I hereby certify that the foregoing is an

5     accurate transcription of the proceedings in the

6     above-entitled matter.

7

8

9     3/21/2023                s/ Tammy Nestor
                                Tammy Nestor, RMR, CRR
10                              Official Court Reporter
                                333 Constitution Avenue NW
11                              Washington, D.C. 20001
                                tammy_nestor@dcd.uscourts

12

13

14

15

16

17

18

19

20

21

22

23

24

25