IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE DONALD J. TRUMP | ) <br> ) Case No. 1:25-mc-8-JEB (D.D.C.) <br> ) |

## GOVERNMENT'S MOTION FOR EX PARTE AND SEALED ACCESS TO DOCUMENTS IN ANCILLARY GRAND JURY MATTERS

The government respectfully moves that the Court disclose transcripts of any hearings to undersigned counsel, *ex parte* and under seal, in the following ancillary grand jury matters: 1:22-gj-10 (D.D.C.), 1:22-gj-33 (D.D.C.), 1:22-gj-39 (D.D.C.), and 1:23-gj-10 (D.D.C.).

On February 10, 2025, Petitioner Charlie Savage (a journalist with the New York Times) submitted an application seeking access to "all ancillary opinions and orders, along with related dockets, hearing transcripts and pleadings filed by the government, witnesses, subjects and targets, from pre-indictment litigation over claims of attorney-client and attorney work product privilege" related to the grand jury investigations in this district that led to two federal indictments of President Trump.  Application at 1, ECF No. 1.  After discussions between government counsel and New York Times counsel, Petitioner agreed to narrow his request to (a) opinions and orders resolving disputes over the attorney-client privilege and attorney work product protection and (b) the relevant dockets giving rise to the opinions and orders, while reserving the right to seek further documents in the future.  *See* Response of the United States to Application, ECF No. 4, at 3-4.  After briefing and orders of this Court, the government publicly filed redacted versions of opinions, orders, and docket sheets from ancillary grand jury disputes whose existence has been disclosed in public court filings.  *See* Notice of Filing of Redacted Documents, ECF No. 11.

Petitioner now requests access to "transcripts of any hearings in the ancillary grand jury proceedings referenced in the . . . unsealing application."  *See* Motion to Amend Schedule, ECF No. 14, at 1.  The government must review those transcripts to determine the government's position

1

on whether those transcripts can be released, and if so, with what redactions. Accordingly, the government respectfully requests that the Court disclose to undersigned counsel, *ex parte* and under seal, transcripts of any hearings in the following matters: 1:22-gj-10 (D.D.C.), 1:22-gj-33 (D.D.C.), 1:22-gj-39 (D.D.C.), and 1:23-gj-10 (D.D.C.).

The government conferred with counsel for the New York Times, who advised that Petitioner consents to this motion.

Dated: December 15, 2025                                   Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*