IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE DONALD J. TRUMP | ) ) ) | Case No. 1:25-mc-8-JEB (D.D.C.) |

**GOVERNMENT'S NOTICE OF CORRECTION TO MOTION FOR EX PARTE AND SEALED ACCESS TO DOCUMENTS IN ANCILLARY GRAND JURY MATTERS**

Earlier today, the government moved for access, *ex parte* and under seal, to transcripts of any hearings in the following grand jury matters: 1:22-gj-10 (D.D.C.), 1:22-gj-33 (D.D.C.), 1:22-gj-39 (D.D.C.), and 1:23-gj-10 (D.D.C.). *See* Government's Motion for Ex Parte and Sealed Access to Documents in Ancillary Grand Jury Matters, ECF No. 15. The Court granted the motion, noting that "[t]he Court's review of the relevant dockets, however, indicates that only in the last, No. 23-GJ-10, were there any court hearings." Minute Order (Dec. 15, 2025). However, the list of grand jury matters in the Motion contained a typographical error. The first matter listed should have been 1:22-gj-25 (D.D.C.), rather than 1:22-gj-10 (D.D.C.). That is, the government did not intend to request transcripts of any hearings from 1:22-gj-10 (D.D.C.), but does intend to request *ex parte* and sealed access to any hearings from 1:22-gj-25 (D.D.C.).

1

Dated: December 15, 2025                                     Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*