### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE DONALD J. TRUMP | Case No. 1:25-mc-8-JEB (D.D.C.) |

### JOINT STATUS REPORT

Pursuant to this Court's order, Minute Order (Dec. 9, 2025), the parties hereby submit this Joint Status Report.

On February 10, 2025, Petitioner Charlie Savage (a journalist with the New York Times) submitted an application seeking access to "all ancillary opinions and orders, along with related dockets, hearing transcripts and pleadings filed by the government, witnesses, subjects and targets, from pre-indictment litigation over claims of attorney-client and attorney work product privilege" related to the grand jury investigations in this district that led to two federal indictments of President Trump. Application at 1, ECF No. 1.

After discussions between government counsel and New York Times counsel, Petitioner agreed to narrow his request to (a) opinions and orders resolving disputes over the attorney-client privilege and attorney work product protection and (b) the relevant dockets giving rise to the opinions and orders, while reserving the right to seek further documents in the future. *See* Response of the United States to Application, ECF No. 4, at 3-4.

After briefing and orders of this Court, the government publicly filed redacted versions of opinions, orders, and docket sheets from ancillary grand jury disputes whose existence has been disclosed in public court filings. *See* Notice of Filing of Redacted Documents, ECF No. 11.

Petitioner then "requested that the DOJ also produce transcripts of any hearings in the ancillary grand jury proceedings referenced in The Times's unsealing application." Mot. to

Amend Schedule, or Alternatively, for Extension of Time to Move for Greater Disclosure, ECF No. 14, at 1.

Counsel for the government has obtained all transcripts from the ancillary grand jury disputes for which the government previously produced redacted versions of opinions, orders, and docket sheets.

The parties propose that the Court enter an order requiring the government to set forth its position by February 20, 2026, regarding whether those transcripts can be released, and if so, what redactions may be appropriate. The parties further propose that the Court grant the government leave to submit any proposed redactions of those transcripts to the Court *ex parte* and under seal, consistent with how the government has submitted proposed redactions in this matter and other similar matters.

Dated: January 23, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*

*/s/ Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
The New York Times Company
1627 I Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 862-7705
al-amyn.sumar@nytimes.com

*Counsel for The New York Times Company and Charlie Savage*
