## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE DONALD J. TRUMP | ) <br> ) Case No. 1:25-mc-8-JEB (D.D.C.) <br> ) |

### CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PETITIONER'S REQUEST FOR ACCESS TO TRANSCRIPTS IN ANCILLARY GRAND JURY MATTERS

The Court has set a deadline of February 20, 2026, for the government to respond to Petitioner Charlie Savage's request for access to hearing transcripts in certain ancillary grand jury matters and submit any proposed redactions of such transcripts to the Court, *ex parte* and under seal. Minute Order (Jan. 25, 2026). The government hereby moves to extend this deadline by 10 days, to March 2, 2026. The government respectfully submits that it requires more time for preparation and review of an appropriate submission. Undersigned counsel has conferred with counsel for the New York Times, who has indicated that Petitioner consents to this Motion. The government respectfully requests that the Court grant this motion and enter an order extending to March 2, 2026, the government's deadline to respond to Petitioner's request for access to transcripts and submit any proposed redactions, *ex parte* and under seal.

Dated: February 17, 2026

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*