**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
|  | ) |  |
| IN RE DONALD J. TRUMP | ) | Case No. 1:25-mc-8-JEB (D.D.C.) |
|  | ) |  |

**NOTICE OF FILING OF REDACTED DOCUMENTS**

Pursuant to this Court's order, *see* Minute Order (Mar. 3, 2026), the government is hereby

publicly filing the materials, with redactions, that it submitted to the Court *ex parte* and under seal,

on March 3, 2026.

Dated: March 4, 2026                    Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for the United States*

1