IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE DONALD J. TRUMP | Case No. 1:25-mc-00008-JEB<br><br>HON JAMES E. BOASBERG |

## STATUS REPORT

Petitioners The New York Times Company and Charlie Savage (together, "The Times"), by and through their undersigned counsel, respectfully file this response to the Court's March 3, 2026, minute order, directing the Government to release the materials submitted to the Court and directing The Times to inform the Court by March 10, 2026, about next steps. (The undersigned apologizes for missing that deadline.)

The Times has now reviewed the materials released by the Government. As The Times does not intend to contest the redactions in the materials or otherwise challenge the Government's production, it is prepared to seek dismissal of this matter. The Times will submit a stipulation to that effect next week.

Dated: March 13, 2026

Respectfully submitted,

/s/ *Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
The New York Times Company
1627 I Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 862-7705
al-amyn.sumar@nytimes.com

*Counsel for The New York Times Company and Charlie Savage*