**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE DONALD J. TRUMP | Case No. 1:25-mc-00008-JEB |
| | HON JAMES E. BOASBERG |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Dated: March 17, 2026

/s/ *Al-Amyn Sumar*
Al-Amyn Sumar (#1614655)
The New York Times Company
1627 I Street NW, Suite 700
Washington, DC 20006
Telephone: (202) 862-7705
al-amyn.sumar@nytimes.com

*Counsel for The New York Times
Company and Charlie Savage*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

/s/ *Jeremy S.B. Newman*
JEREMY S.B. NEWMAN
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 532-3114
Fax: (202) 616-8470
Email: jeremy.s.newman@usdoj.gov

*Attorneys for United States*